JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
THOMAS J. HANLON
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: 2:03-mj-04293-LRS |
| Plaintiff, | MOTION TO DISMISS COMPLAINT AND QUASH WARRANT |
| vs. | |
| JESUS MORALES, | |
| Defendant. | Without Oral Argument October 25, 2017 at 6:30 p.m. |

Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, and Thomas J. Hanlon, Assistant United States Attorney, moves the Court for an Order dismissing the compliant and quashing the arrest warrant of the above-

Government's Motion to Dismiss Indictment
and Quash Warrant                    1

named Defendant without prejudice.  The motion is made in the interests of

justice and according to Rule 48(a) of the Federal Rules of Criminal Procedure.

    Respectfully submitted this 25th day of October, 2017.

                              JOSEPH H. HARRINGTON
                              Acting United States Attorney

                              s\ Thomas J. Hanlon
                              THOMAS J. HANLON
                              Assistant United States Attorney