UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO: 2:03-mj-04293-LRS |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER DISMISSING COMPLAINT AND QUASHING ARREST WARRANT |
| JESUS MORALES, | ) | |
| Defendant. | ) | |

This matter coming before the above Court on the government's motion to dismiss the complaint and to quash the arrest warrant; and the Court having reviewed the files and the records herein;

IT IS HEREBY ORDERED:

That the complaint in the above-referenced case shall be dismissed without prejudice;

IT IS FURTHER ORDERED:

That the arrest warrant issued in the above-referenced case shall be quashed.

ENTERED this _____ day of _____, 2017.

_____
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE